UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JAMES SWINT,

                Plaintiffs,

        -against-

GREGARIOUS SIMULATION SYSTEMS,

                Defendant.

26-CV-2531 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 3, 2023, Plaintiff Robert James Swint was barred from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *Swint v. Verizon Wireless; D.O.D (Department of Defense)*, ECF 1:23-CV-4067, 7 (S.D.N.Y. Oct. 3, 2023). Plaintiff filed this new *pro se* action without prepayment of the filing fees, and it therefore appears that he seeks to proceed IFP.

The Court therefore dismisses this action without prejudice based on the Court's October 3, 2023 order in *Verizon Wireless*, ECF 1:23-CV-4067, 7, barring Plaintiff from proceeding IFP.[1] The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Nothing in this order prevents Plaintiff from refiling this action with prepayment of the filing fees.

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    June 2, 2026
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge