UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JAMES SWINT,

                          Plaintiff,

        -against-

GREGARIOUS SIMULATION SYSTEMS.,

                          Defendant.

26 CIVIL 02531 (LTS)

**<u>CIVIL JUDGMENT</u>**

For the reasons stated in the June 2, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    June 5, 2026

          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge